**George M. Reiber**
**Chapter 13 Trustee**
**3136 Winton Road South**
**Rochester NY 14623**
**(585) 427-7225**

\# 7829

January 13, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re: Michele Wilferth; BK #09-20065

    Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $469.00. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Michele Wilferth | $469.00 | Debtor Refund |

/s/_____
George M. Reiber, Trustee



```
UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

# 7829    - AA
January 14, 2011
15:06:10

UNCLAIM
09-20065

Debtor.: MICHELE A. WILLERTH
Judge..: JOHN C. NINFO II
Trustee: George M. Reiber
Amount.:              $469.00 CH
Check#: 13118

Total-> $469.00

FROM: GEORGE REIBER, ESQ.
      3136 SOUTH WINTON ROAD
      ROCHESTER, NEW YORK 14614
```